**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| VERNE ALLEYNE,<br><br>Plaintiff,<br>v.<br><br>WESTMINSTER MANAGEMENT, LLC,<br><br>Defendant. | Civil Case No. 8:16-cv-00714-DKC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to bear their own attorneys' fees and costs.

Respectfully submitted this 20 day of July, 2017,

/s/
Edgar Ndjatou, Esq. (Bar No. 18107)
(Signed by Kathleen McGinley, with the permission of Edgar Ndjatou)
Marcia McCree (Bar No. 997509)
McCree Ndjatou, PLLC
1828 L Street NW, Suite 600
Washington DC 20036
(202) 290-3724 - Telephone
mmcree@mnlawyerspllc.com
endjatou@mnlawyerspllc.com

*Counsel for Plaintiff*

/s/
Larry R. Seegull (Bar No. 22991)
Kathleen A. McGinley (Bar No. 29150)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2004 – Telephone
(410) 415-2001 – Facsimile
Larry.Seegull@jacksonlewis.com
Kathleen.McGinley@jacksonlewis.com

*Counsel for Defendant*

4823-5560-8138, v. 1